UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PALM AVOCET HOLDINGS, LLC,
DAVID WETHERELL, AND
ELIZABETH WETHERELL,

        Case No. 22-CV-04619-AKH

    Plaintiffs,

v.

    [PROPOSED] ORDER ALLOWING
    THE LANDAU GROUP, PC TO
RT SIGNAL CORPORATION,     WITHDRAWAL AS COUNSEL OF
NEXT ALPHA CAPITAL MANAGEMENT, LP   RECORD FOR ALL DEFENDANTS
(A/K/A REAL GENUS, LLC),
NEXT ALPHA US FUND, LLC,
KATSU FUND LTD,
JOHN FLOWERS (A/K/A KANEN FLOWERS), AND
ARYST WILLIAMS,

    Defendants.
-----------------------------------------------------------------X

Alvin K. Hellerstein, United States District Judge:

    Counsel for Defendants, RT SIGNAL CORPORATION, NEXT ALPHA CAPITAL MANAGEMENT, LP (A/K/A REAL GENUS, LLC), NEXT ALPHA US FUND, LLC, KATSU FUND LTD, JOHN FLOWERS (A/K/A KANEN FLOWERS), AND ARYST WILLIAMS (collectively "Defendants"), The Landau Group, PC, and its individual attorneys Kevin Landau and Zachary Landau, moves by Notice of Motion to Withdraw as counsel of record for Defendants, and seeks leave of the Court, pursuant to Local Rule 1.4 of the Southern District of New York, to withdraw as counsel of record for Defendants because: (1) there has been a breakdown in communication between Defendants and The Landau Group, which has seriously impaired The Landau Group's ability to represent Defendants in this matter; and (2) Defendants are in substantial arrears to the Landau Group, PC and have made no indication that they intend

1

to pay the Landau Group, PC, or its individual lawyers, Kevin A. Landau and Zachary R. Landau.

The Landau Group supports its Motion with an accompanying Memorandum of Law with applicable authority supporting withdrawal, and an Affirmation from Kevin A. Landau, the Managing Partner of The Landau Group law firm, and counsel of record to Defendants in the above captioned case.

**NOW**, in consideration of the materials submitted by The Landau Group, and having found that The Landau Group has presented sufficient evidence and authority to warrant their withdrawal of counsel of record of Defendants in the above captioned case,

**IT IS HEREBY ORDERED** that, the Court grants The Landau Group's motion to withdraw as counsel of record for Defendants, The Landau Group, PC, and its individual attorneys, Kevin A. Landau, and Zachary R. Landau, are entitled to withdraw as counsel of record for Defendants in the above captioned matter,

~~IT IS FURTHER ORDERED that The Landau Group retains a charging lien and retaining lien for $53,397.74 for outstanding legal services that have failed to be paid by Defendants.~~

**IT IS FURTHER ORDERED** that the above captioned case is stayed for a period of 30 days for Defendants to find new counsel.

**SO ORDERED.**

Dated: New York, New York
April __, 2023

March 5, 2023

Hon. Alvin K. Hellerstein
U.S.D.J

2