UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------- x
PALM AVOCET HOLDINGS LLC et al.,                            :
                                                            :
                                                            :   ORDER REGULATING
                                              Plaintiffs,   :   PROCEEDINGS
                                                            :
     -against-                                              :   22 Civ. 4619 (AKH)
                                                            :
                                                            :
RT SIGNAL CORPORATION et al.,                               :
                                                            :
                                             Defendants.    :
----------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendants have until May 30, 2024 to answer the Complaint. If no defense counsel appears for the corporate defendants, this case will be dismissed or default judgment will be entered. Failure to answer may also result in default judgment or dismissal.

        The initial case management conference scheduled for May 3, 2024 is adjourned until June 18, 2024 at 9:45 a.m. A separate order containing the dial-in information will be issued.

        SO ORDERED.

Dated:    May 1, 2024                   /s/ Alvin K. Hellerstein
            New York, New York       ALVIN K. HELLERSTEIN
                                            United States District Judge