UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
PALM AVOCET HOLDINGS LLC et al., :
:
: **ORDER DENYING MOTION**
Plaintiffs, : **FOR RECONSIDERATION**
:
-against- : 22 Civ. 4619 (AKH)
:
:
RT SIGNAL CORPORATION et al., :
:
Defendants. :
:
---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendant Kanen Flowers moves the Court to reconsider its rulings at ECF No. 63. Defendant has not shown that the Court overlooked "controlling decisions or data," or that the grounds he asserted could not have been raised earlier. *See Shrader v. CSX Transp., Inc.*, 70 F.3d 255, 257 (2d Cir. 1995). The motion is therefore denied.

    Defendants shall file an answer responsive to the complaint by July 8, 2024. The answer must comply with Fed. R. Civ. P. 8(b), including the requirements that the answer "(A) state in short and plain terms its defenses to each claim asserted against it; and (B) admit or deny the allegations asserted against it by an opposing party." Fed. R. Civ. P. 8(b)(1). The telephonic conference scheduled for July 10, 2024 at 12 p.m. shall proceed as previously ordered.

    SO ORDERED.

Dated:     June 27, 2024
            New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge