UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PALM AVOCET HOLDINGS, LLC, DAVID WETHERELL, and ELIZABETH WETHERELL, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 22-CV-04619-AKH |
| RT SIGNAL CORPORATION, NEXT ALPHA CAPITAL MANAGEMENT, LP (A/K/A REAL GENUS, LLC), NEXT ALPHA US FUND, LLC, KATSU FUND LTD, JOHN FLOWERS (A/K/A KANEN FLOWERS), and ARYST WILLIAMS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] DEFAULT JUDGMENT AGAINST
DEFENDANTS NEXT ALPHA US FUND, LLC, NEXT ALPHA CAPITAL
MANAGEMENT, LP, RT SIGNAL CORPORATION, AND KATSU FUND LTD**

This matter came before the Court on Plaintiffs Palm Avocet Holdings, LLC, David

Wetherell, and Elizabeth Wetherell's ("Plaintiffs") motion for default judgment against

Defendants Next Alpha US Fund, LLC, Next Alpha Capital Management, LP, RT Signal

Corporation, and Katsu Fund Ltd ("Corporate Defendants") under Rule 55(a) and 55(b)(2) of the

Federal Rules of Civil Procedure and Local Civil Rules 55.1 and 55.2 for failure to defend in this

action.

NOW, upon concluding that the Corporate Defendants failed to defend in this action, it is

hereby

ORDERED that default judgment is GRANTED in favor of Plaintiffs and against the

Corporate Defendants under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local

Civil Rule 55.2, and that it is ADJUDGED, DECLARED, AND DECREED that the Corporate

Defendants, who are jointly and severally liable, shall pay Plaintiff Palm Avocet Holdings, LLC,

the cash proceeds of $1,050,000 and pay Plaintiff Elizabeth Wetherell the cash proceeds of

$50,000, for a total judgment of $1,100,000 with any post-judgment interest as provided by law.

Dated: Jul 17, 2024

Hon. Alvin K. Hellerstein
United States District Judge

6763940