UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
PALM AVOCET HOLDINGS LLC et al.,                               :
                                                               :
                                                               :     SCHEDULING ORDER
                                                               :
                                       Plaintiff,              :
                                                               :     22 Civ. 4619 (AKH)
         -against-                                             :
                                                               :
                                                               :
                                                               :
                                                               :
RT SIGNAL CORPORATION et al.,                                  :
                                                               :
                                       Defendant.              :
                                                               :
------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The case management conference scheduled for August 6, 2024, is canceled.

The parties shall proceed according to the signed case management plan and appear on April 25, 2025 for the next remote case management conference.

        SO ORDERED.

Dated:      August 5, 2024                /s/ Alvin K. Hellerstein
              New York, New York       ALVIN K. HELLERSTEIN
                                                 United States District Judge