UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
PALM AVOCET HOLDINGS LLC et al.,

                                 Plaintiffs,

    -against-

RT SIGNAL CORPORATION et al.,

                                 Defendants.
------------------------------------------------------------ X

**ORDER DENYING MOTION FOR RECONSIDERATION**

22 Civ. 4619 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Kanen Flowers, proceeding *pro se*, moves the Court to reconsider 1) the default judgment against the corporate defendants for failure to retain counsel and 2) the adoption of the civil case management plan. ECF No. 88.

        First, as an individual defendant, Defendant does not have standing to contest the default judgment. *See Great Am. Audio Corp. v. Metacom, Inc.*, 938 F.2d 16, 19 (2d Cir.1991). Second, Defendant articulates no reasons why the case management plan is deficient. *See Shrader v. CSX Transportation, Inc.*, 70 F.3d 255 (2d Cir. 1995). Finally, the motion fails to comply with standard procedural requirements, such as Local Civil Rule 7.1(a)(1). Therefore, the motion is denied.

        The Clerk shall terminate ECF Nos. 88 and 98.

        SO ORDERED.

Dated:    August 21, 2024
              New York, New York

                                                ALVIN K. HELLERSTEIN
                                               United States District Judge