UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
                                        :

PALM AVOCET HOLDINGS LLC ET AL,      :

                                        : **ORDER REGULATING**

                        Plaintiffs,     : **PROCEEDINGS**

      -against-                            :

                                          : 22 Civ. 4619 (AKH)

RT SIGNAL CORP. ET AL,                :

                                          :

                      Defendants.    :

                                          :

--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Having received submission from Defendant Flowers, and upon the consent of Plaintiffs, this case is stayed until May 15, 2026 or until further order of the Court. The status conference scheduled for November 21, 2025 is canceled. A status conference will be held on May 15, 2026 at 10:00 a.m.

       SO ORDERED.

Dated:       November 19, 2025                              /s/ Alvin K. Hellerstein
             New York, New York                      ALVIN K. HELLERSTEIN
                                                  United States District Judge