UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

                                                    :
PALM AVOCET HOLDINGS LLC ET AL,                     :
                                                    :      **ORDER REGULATING**
                                    Plaintiffs,      :      **PROCEEDINGS**
        -against-                                    :
                                                    :      22 Civ. 4619 (AKH)
RT SIGNAL CORP. ET AL,                              :
                                                    :
                                    Defendants.      :
                                                    :
                                                    :

---------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Upon the consent of the parties, this case is stayed until November 13, 2026 or until

further order of the Court. The status conference scheduled for May 15, 2026 is canceled. A

status conference will be held on November 13, 2026 at 10:00 a.m.

           SO ORDERED.

Dated:      March 27, 2026                  /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                    United States District Judge